FILED

07 OCT 12 PM 3:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 MJ 2445

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. _____ |
| Plaintiff, ) | **EX PARTE APPLICATION TO FILE** |
| v. ) | **DOCUMENTS UNDER SEAL AND** |
| ) | **ORDER THEREON** |
| QING LI, ) | |
| Defendant. ) | |

COMES NOW the United States, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant U.S. Attorney, and hereby moves that the accompanying Complaint and Arrest Warrant be filed under sealed until further order of the Court.

///
///
///
///
///
///
///
///
///
///
///
///
///

SEALED by Order of
Magistrate Judge Leo S. Papas
Date OCT 12 2007

_____
Leo S. Papas
US Magistrate Judge

1    The basis for this application is that the Complaint and Arrest Warrant concern an

2    undercover investigation and the defendant is not yet in custody.  Premature disclosure could

3    compromise the undercover agent and undercover company and could lead to the defendant's flight

4    or destruction of evidence.

5        DATED: October 12, 2007

6                                                        KAREN P. HEWITT
                                                         United States Attorney
7

8                                                        WILLIAM P. COLE
9                                                        Assistant U.S. Attorney

10

11

12                                    O R D E R

13        Upon application of the United States, and good cause appearing,

14        IT IS HEREBY ORDERED that the Complaint and Arrest Warrant in this matter shall be

15    filed under seal until further order of this Court.

16        DATED:      OCT 1 2 2007

17

18

19                                                       HON. LEO S. PAPAS
                                                         United States Magistrate Judge

20

21

22

23

24

25

26

27

28

                                        2