```
KAREN P. HEWITT
United States Attorney
WILLIAM P. COLE
Assistant U.S. Attorney
California State Bar No. 186772
United States Courthouse
880 Front Street, Room 6293
San Diego, California  92101-8800
Telephone:  (619) 557-7859
```

FILED
07 OCT 17 PM 2:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>QING LI,<br><br>            Defendant. | Case No. 07mj2445<br><br>MOTION TO UNSEAL<br>AND ORDER THEREON |

    The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, hereby moves this Court to unseal the Complaint and Arrest Warrant in the above-referenced case.

    On October 12, 2007, the Government filed the Complaint and United States Magistrate Judge Leo S. Papas issued the arrest warrant. On October 14, 2007, the defendant was arrested on the warrant in New York. On October 15, 2007, the defendant had her first appearance before a magistrate judge in New York in open court. Accordingly, there is no longer any need for the Complaint and arrest warrant to be maintained under seal in this

district. Furthermore, unsealing will allow future filings to be submitted via the ECF system.

DATED: October 17, 2007

KAREN P. HEWITT
United States Attorney

*/s/ William P. Cole*

WILLIAM P. COLE
Assistant U.S. Attorney

ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Complaint and Arrest Warrant in the above-captioned case be unsealed.

DATED  10/17/07

UNITED STATES MAGISTRATE JUDGE

2