| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM P. COLE |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 186772 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7859/(619)557-7055 (Fax) |
| | Email: William.P.Cole@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2915-JM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| | ) | |
| QING LI, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

William Narus

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u> (If none, enter "None" below)
6 | n/a
7 |
8 | Please call me if you have any questions about this notice.
9 | DATED: October 29, 2007

                                                      Respectfully submitted,

                                                      KAREN P. HEWITT
                                                    United States Attorney

                                                      s/William P. Cole
                                                      _____
                                                      William P. Cole
                                                      Assistant United States Attorney
                                                      Attorneys for Plaintiff
                                                      United States of America
                                                      Email: William.P.Cole@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2915-JM |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| QING LI, ) | |
| Defendant.. ) | |

IT IS HEREBY CERTIFIED THAT:

    I, WILLIAM P. COLE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    n/a

    I hereby certify that I am causing to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Stacey Van Malden
Goldberger & Dubin
401 Broadway, Suite 306
New York, New York 10013

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on October 29, 2007.

        s/ William P. Cole
        William P. Cole