# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 16 A 11: 46

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __07CR 2915-JM__ |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Qing Li | ) | |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __November 16, 2007__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

____✓____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

UNITED STATES MAGISTRATE JUDGE

OR

Received _____     W. SAMUEL HAMRICK, JR.   Clerk
   DUSM                       by _____ Deputy Clerk

Crim-9  (Rev 6-95)                    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY