FILED

07 NOV 28 PM 4:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:     CP     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INTERCEPTION OF ELECTRONIC AND WIRE COMMUNICATIONS | No. 07CR2915-JM<br><br>ORDER AUTHORIZING DISCLOSURE OF APPLICATIONS, ORDERS, <u>IN</u> CAMERA PROCEEDINGS, AND CONTENTS OF INTERCEPTED COMMUNICATIONS |

Application having been made by William M. Narus, Assistant United States Attorney, for an order authorizing the disclosure of applications, orders, <u>in camera</u> proceedings, and intercepted communications, and full consideration having been given to the matters set forth therein, the Court finds:

1. There is good and sufficient cause to disclose the applications, orders, <u>in camera</u> proceedings, and contents of the electronic communications of Qing Li and an individual known as "Wang" or Fang Xue, which were intercepted to and from the MSN/Hotmail account chinaman326@hotmail.com, subscribed to by an individual known as "china, man999" of Beijing, China, pursuant to an order of this Court issued on August 29, 2007, for use in connection with the arrest and prosecution of Qing Li, Case No. 07CR2915-JM.

2. There is good and sufficient cause to disclose the applications, orders, <u>in camera</u> proceedings, and contents of the wire communications of Qing Li and an individual known as "Wang" or Fang Xue, which were intercepted to and from the telephone bearing telephone number (203) 406-9984, subscribed to by Shaojie Zuo and located at 122 Forest Street, Stamford, Connecticut pursuant to

an order of this Court issued on October 4, 2007, for use in connection with the arrest and prosecution of Qing Li, Case No. 07CR2915-JM.

3. To protect the ongoing investigation, the following restrictions are placed on this disclosure unless and until further ordered by the court: Disclosure is hereby limited to the individual defendant and her respective attorneys of record in Case No. 07CR2915-JM, filed and now pending in the Southern District of California. In the event further disclosure is needed, counsel for defendant should file a motion (with service to the Government), and request Court permission.

4. Nothing in this order shall affect the disclosure of information relating to the intercepted communications, the disclosure of which would otherwise be lawful under 18 U.S.C. § 2517.

WHEREFORE, it is hereby ORDERED that subject to the restrictions set forth herein the U.S. Attorney's Office and U.S. Immigration and Customs Enforcement are authorized pursuant to 18 U.S.C. § 2518(8)(b) to disclose the applications, orders, in camera proceedings and contents of intercepted communications in connection with the proceedings heretofore described.

Date: 11/26/07

JEFFREY T. MILLER
United States District Judge