1 | KAREN P. HEWITT
United States Attorney
2 | WILLIAM M. NARUS
Assistant U.S. Attorney
3 | California Bar No. 243633
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6219

FILED

07 NOV 28 PM 4: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:   CR   DEPUTY

6 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION ) No. 07CR2915-JM
OF THE UNITED STATES OF AMERICA )
FOR AN ORDER AUTHORIZING THE ) APPLICATION FOR ORDER
INTERCEPTION OF ELECTRONIC AND ) AUTHORIZING DISCLOSURE
WIRE COMMUNICATIONS ) OF APPLICATIONS, ORDERS, IN
) CAMERA PROCEEDINGS, AND
) CONTENTS OF INTERCEPTED
) COMMUNICATIONS
)
_____)

I, William M. Narus, Assistant United States Attorney, hereby state:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an attorney authorized by law to prosecute or participate in the prosecution of offenses enumerated in 18 U.S.C. § 2516. I am also an "attorney for the Government" as defined in Rule 1(b)(1)(B) of the Federal Rules of Criminal Procedure and, therefore, pursuant to 18 U.S.C. § 2518(8)(b), am authorized to make application to a federal judge of competent jurisdiction for authorization to disclose the applications, orders, in camera proceedings, and contents of intercepted communications upon a showing of good cause.

2. This application seeks authorization to disclose intercepted electronic communications of Qing Li and an individual known as "Wang" or Fang Xue and others as yet unknown, which were intercepted to and from the MSN/Hotmail account chinaman326@hotmail.com, subscribed to by an individual known as "china, man999" of Beijing, China, pursuant to a court order issued by the Honorable Dana M. Sabraw of this court on August 29, 2007. Interception was terminated on September 26, 2007. The compact disk was sealed pursuant to order of the court on September 27, 2007.

3. This application also seeks authorization to disclose intercepted wire communications of Qing Li and an individual known as "Wang" or Fang Xue and others as yet unknown, which were intercepted to and from the telephone bearing telephone number (203) 406-9984 subscribed to by Shaojie Zuo and located at 122 Forest Street, Stamford, Connecticut pursuant to a court order issued by the Honorable Dana M. Sabraw of this court on October 4, 2007. Interception was terminated on October 16, 2007. The compact discs were sealed pursuant to order of the court on October 17, 2007.

4. Disclosure of the applications, orders, <u>in camera</u> proceedings and intercepted communications is sought in connection with the arrest and prosecution of Qing Li. She is charged by indictment in Case No. 07CR2915-JM with Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371. Disclosure is requested to allow the Government to comply with its discovery obligations in the above-described prosecution.

5. I further request that the order incorporate the following limitations on disclosure in order to protect the ongoing investigation: Disclosure should be limited to the individual defendant and her respective attorneys of record in Case No. 07CR2915-JM, filed and now pending in the Southern District of California. In the event further disclosure is needed, counsel for defendant should file a motion (with service to the Government), and request Court permission.

6. I further request that the court order indicate that this order does not affect any lawful disclosures that could otherwise be made pursuant to the provisions of 18 U.S.C. § 2517.

WHEREFORE, on the basis of the facts set forth herein, the United States requests that this Court issue an order pursuant to 18 U.S.C. § 2518(8)(b) authorizing the disclosure of the applications, orders, <u>in camera</u> proceedings, and contents of the intercepted communications.

Date: November 28, 2007

Respectfully submitted

KAREN P. HEWITT
United States Attorney

/s/ William M. Narus
WILLIAM M. NARUS
Assistant U.S. Attorney