**ORIGINAL**

KAREN P. HEWITT
United States Attorney
WILLIAM P. COLE (SBN 186772)
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7859

Attorneys for Plaintiff
United States of America

FILED

08 JAN 10 PM 3:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-CR-2915-JM |
| Plaintiff, | **EX PARTE MOTION TO UNSEAL AND ORDER THEREON** |
| v. | |
| QING LI, | |
| Defendant. | |

Comes now the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, and hereby moves for an order unsealing the following:

1. Application for an Order Authorizing the Installation and Use of Pen Register and Trap and Trace Devices, and the Order thereon, each filed on June 20, 2007, in **Case No. 07mc0332**;

2. Application for First Extension of Pen Register, Trap and Trace Device, and Subscriber and Other Information, and the Order thereon, each filed on August 14, 2007, in **Case No. 07mc0332**;

3. Application for an Order to Install Trap and Trace Devices and Pen Registers, and the Order thereon, each filed on June 21, 2007, in **Case No. 07mc0342**;

4. Application for an Order Authorizing the Installation and Use of Pen Register and Trap and Trace Devices, and the Order thereon, each filed on June 21, 2007, in **Case No. 07mc0343**; and

5.  Application for First Extension of Pen Register, Trap and Trace Device, and Subscriber and Other Information, and the Order thereon, each filed on August 14, 2007, in **Case No. 07mc0343**.

Each of the above-described applications and orders pertained to the investigation of defendant Qing Li. The Government seeks the unsealing of these applications and order to provide copies to the defense in this case.

DATED: January 4, 2008

KAREN P. HEWITT
United States Attorney

WILLIAM P. COLE
Assistant United States Attorney

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the following materials be unsealed:

1.  Application for an Order Authorizing the Installation and Use of Pen Register and Trap and Trace Devices, and the Order thereon, each filed on June 20, 2007, in **Case No. 07mc0332**;

2.  Application for First Extension of Pen Register, Trap and Trace Device, and Subscriber and Other Information, and the Order thereon, each filed on August 14, 2007, in **Case No. 07mc0332**;

3.  Application for an Order to Install Trap and Trace Devices and Pen Registers, and the Order thereon, each filed on June 21, 2007, in **Case No. 07mc0342**;

4.  Application for an Order Authorizing the Installation and Use of Pen Register and Trap and Trace Devices, and the Order thereon, each filed on June 21, 2007, in **Case No. 07mc0343**; and

//
//
//
//

5. Application for First Extension of Pen Register, Trap and Trace Device, and Subscriber and Other Information, and the Order thereon, each filed on August 14, 2007, in **Case No. 07mc0343**.

DATED: 1/8/08

_____
HONORABLE JEFFREY T. MILLER
United States District Judge