1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM P. COLE
   Assistant United States Attorney
3  California State Bar No. 186772
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7859
   E-mail: William.P.Cole@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                     UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           )    Crim. Case No. 07-CR-2915-JM
                                       )
12            Plaintiff,               )    JOINT MOTION TO CONTINUE
                                       )    MOTION HEARING
13       v.                            )
                                       )
14 QING LI,                            )
                                       )
15            Defendant.               )
   _____)

16   Plaintiff UNITED STATES OF AMERICA and defendant QING LI ("Defendant"), by and

17 through their respective counsel, hereby move for an order continuing the pending motion hearing

18 from February 7, 2008, to February 29, 2008, at 1:30 p.m.

19   The undersigned Assistant United States Attorney has a trial date of February 5, 2008, in

20 United States v. Hanes, 04-CR-0604-W. The Hanes case was previously set for trial on January 8,

21 2008, and the undersigned Assistant United States Attorney did not anticipate any conflict with the

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  motion hearing in this case. However, the trial date in the <u>Hanes</u> case was continued at the request
2  of defense counsel. The brief continuance sought by this joint motion will avoid a conflict.

3  DATED: January 22, 2008                KAREN P. HEWITT
                                          United States Attorney
4
                                          s/William P. Cole
5
                                          WILLIAM P. COLE
6                                         Assistant United States Attorney

7
   DATED: January 22, 2008                GOLDBERGER & DUBIN PC
8
                                          s/Stacy Van Malden
9
                                          STACY VAN MALDEN
10                                        Attorney for Defendant Qing Li