UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-2915-JM |
|---|---|---|
| Plaintiff, | ) | **ORDER CONTINUING MOTION HEARING** |
| v. | ) | |
| QING LI, | ) | |
| Defendant. | ) | |

Having considered the parties' Joint Motion to Continue Motion Hearing, and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing scheduled for February 7, 2008, at 1:30 p.m., is continued to *February 29, 2008, at 1:30 p.m.*

IT IS FURTHER ORDERED that the defendant shall file a written acknowledgment of the next court date within ten (10) days of the date of this order.

DATED: January 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties