UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>plaintiff, )<br>)<br>v. )<br>)<br>Qing LI, )<br>)<br>defendant. )<br>) | Criminal Case No. 07 Cr 2915 JM<br><br>NOTICE |

I have been notified by my attorneys that my next court date is Feb 29, 2008 at 1:30 pm, and I will appear at that time.

Dated: New York, New York
January 24, 2008

_____
Qing Li