KAREN P. HEWITT
United States Attorney
WILLIAM P. COLE
Assistant U.S. Attorney
California State Bar No. 186772
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/(619) 557-7055 (Fax)
Email: William.P.Cole@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QING LI, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal Case No. 07-CR-2915-JM <br><br> GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY <br><br> Date:  February 29, 2008 <br> Time:  1:30 p.m. |

TO DEFENDANT, QING LI, AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 29, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Jeffrey T. Miller, plaintiff United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant U.S. Attorney, will move the Court for an order granting the Government reciprocal discovery.

//

//

//

//

     Said motion will be, and is, based upon Federal Rules of Criminal Procedure, the attached memorandum of points and authorities, the files and records in this case, and any other matters that may come to the Court's attention at the time of the hearing.

DATED: February 11, 2008

                                  Respectfully submitted,

                                  KAREN P. HEWITT
                                United States Attorney

                                    s/William P. Cole
                                _____
                                WILLIAM P. COLE
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America
                                Email: William.P.Cole@usdoj.gov

1
2
3                          UNITED STATES OF AMERICA
4                         SOUTHERN DISTRICT OF CALIFORNIA

5  | UNITED STATES OF AMERICA, ) | Case No. 07-CR-2915-JM
                              )
6  |                Plaintiff, )
                              )
7  |           v.              )
                              ) CERTIFICATE OF SERVICE
8  | QING LI,                  )
                              )
9  |                Defendant. )
                              )

10   IT IS HEREBY CERTIFIED THAT:

11       I, WILLIAM P. COLE , am a citizen of the United States and am at least eighteen years
12   of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13       I am not a party to the above-entitled action. I am effecting service of **(1)
14   GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL
     DISCOVERY AND (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
15   OF THE GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on the following
     parties by electronically filing the foregoing with the Clerk of the District Court using its ECF
16   System, which electronically notifies them.

17       1. Gerard Jeffrey Wasson
         2. Stacey Van Malden
18       3. Paul A. Goldberger

19       I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the
     following non-ECF participants on this case:
20
         1. N/A
21
     the last known address, at which place there is delivery service of mail from the United States
22   Postal Service.

23       I declare under penalty of perjury that the foregoing is true and correct.

24       Executed on February 11, 2008.

25                                                      s/William P. Cole
                                                        WILLIAM P. COLE
26
27
28