| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM P. COLE |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 186772 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7859/(619) 557-7055 (Fax) |
| | Email: William.P.Cole@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-2915-JM |
| | ) | |
| Plaintiff, | ) | MEMORANDUM OF POINTS AND |
| | ) | AUTHORITIES IN SUPPORT OF THE |
| v. | ) | GOVERNMENT'S MOTION FOR |
| | ) | RECIPROCAL DISCOVERY |
| QING LI, | ) | |
| | ) | |
| Defendant. | ) | Date:  February 29, 2008 |
| | ) | Time:  1:30 p.m. |
| | ) | |

COMES NOW Plaintiff United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant U.S. Attorney, and files its Memorandum of Points and Authorities in Support of the Government's Motion for Reciprocal Discovery.

/ /

/ /

/ /

/ /

/ /

/ /

# THE GOVERNMENT'S MOTION FOR
# RECIPROCAL DISCOVERY SHOULD BE GRANTED

The Government, pursuant to Federal Rule of Criminal Procedure 16, requests that the defendant permit the Government to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in her case-in-chief at trial.

The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of the defendant, which she intends to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom the defendant intends to call as a witness.  Because the Government will comply with the defendant's request for delivery of reports of examinations, if any, the Government is entitled to the items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure.  The Government requests the Court make such order as it deems necessary under Rules 16(d)(1) and (2) to ensure that the Government receives the discovery to which it is entitled.

DATED: February 11, 2008

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney

                              s/William P. Cole
                              _____
                              WILLIAM P. COLE
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America
                              Email: William.P.Cole@usdoj.gov