## GOLDBERGER & DUBIN, P.C.
ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
http://www.ny-attorney.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
DAVID M. COLGAN†
STACEY VAN MALDEN†*◻ (of Counsel)

†MEMBER OF NY BAR
*MEMBER OF NJ BAR
◻MEMBER OF FL BAR

March 3, 2008

*Via ECF*

United States District Court
Attention: Hon. Jeffrey T. Miller
940 Front Street
San Diego, CA 92101

RE:  *United States v. Qing Li*
     07 Cr 2915 JM

Your Honor,

    At oral argument Friday afternoon, you asked why you should enforce the Stored Communications Act as to Ms. Li's privacy rights, but disregard the penalty provision regarding the proper remedy for the Government's violation of the act. Having given the question more thought, I would submit that when the remedies included in the statute remain unenforced, the right created by the statute is illusory. These are the circumstances why the exclusionary rule is necessary. Congress did not expect violation of the statute by law enforcement in the execution of the criminal law. The Department of Justice has yet to prosecute any agent for violation of the statute. Without the exclusionary rule, law enforcement will have no reason to stay within the law, and the rights created are meaningless. It cannot be argued that the congressional intent behind the Stored Communications Act was to create a right without a meaningful remedy.

    I thank you for this opportunity to submit this letter.

Respectfully submitted,

Goldberger & Dubin PC

By:  *Stacey Van Malden*
Stacey Van Malden, Esq.
401 Broadway Ste 306
New York, NY 10013
212-431-9380

cc: AUSA William Cole